


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Rene CARDONA, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '21 MJ01855 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 18, U.S.C., Section 1001 <br> False Statement to a Federal Officer |

The undersigned complainant being duly sworn states:

On or about May 8, 2021, within the Southern District of California, Defendant Rene CARDONA, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States Customs and Border Protection, a department and agency of the executive branch of the Government of the United States, to wit: while speaking with a Customs and Border Protection Officer at the San Ysidro, California Port of Entry, Defendant stated he was driving to visit a person in a hospital in San Diego, California. The statements and representation were false because, as Rene CARDONA then and there well knew, he agreed to transport a vehicle with concealed items from Tijuana, Mexico to the San Diego area. All in violation of Title 18, United States Code, Section 1001.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 10th of May 2021.

_____
HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Victoria Guzman, declare under penalty of perjury the following to be true and correct:

On May 8, 2021, at approximately 6:15 A.M., Rene CARDONA (Defendant), a United States Citizen, made application for admission into the United States from Mexico through the San Ysidro, California Port of Entry primary vehicle lanes. Defendant was the driver and sole visible occupant of a 2012 Dodge Caravan with California License plates. Upon inspection before a United States Customs and Border (CBP) Officer, Defendant presented his valid California Driver's license and said he was going to visit a person in the hospital in San Diego, California. Defendant gave the officer a negative declaration and the officer conducted a cursory inspection of the vehicle. As the officer lifted a floor liner located in under rear seats, he discovered two males concealed in an undercarriage compartment. The officer radioed for assistance and responding officers noted the heavy sent of gasoline while assisting the two adult males out of the compartment. These males were later identified as nationals of China with no entitlements to enter, reside or pass through the United States.

Defendant was advised of his Miranda rights and elected to give a statement to CBP Officers. Defendant stated he borrowed his cousin's vehicle to cross the border and see his ill brother in Chula Vista, California. Defendant later admitted all his statements to officers were false to include visiting anyone at the hospital. Defendant admitted he was given this vehicle by a friend and would drive from Tijuana to unknown location in the San Diego area. Defendant admitted knowing he would be transporting two concealed packages in which he thought to be narcotics.

Executed on this 8th day of May 2021, at 6:00 P.M.

_____
Victoria Guzman / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the Defendant named herein committed the offense on May 8, 2021, in violation of Title 18, United States Code, Section 1001.

_____          10:35 AM, May 9, 2021
UNITED STATES MAGISTRATE JUDGE                    DATE / TIME

I